Case 1:25-mj-00100-ZMF    Document 1-1

Case: 1:25-mj-00100
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 6/2/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On or about xxx,xx,xxxx, Roscoe Jones (DOB: xx/xx/xxxx) pled guilty to Assault with a Dangerous Weapon in District of Columbia Superior Court Case Number xxxx xxx xxxxxx; on xxxxxxxxxxx,xx,xxxx, he was sentenced to a period of 48 months of incarceration followed by three years of supervised release. Given this conviction and sentence, Jones would have known that he had previously been convicted of an offense punishable by a term of imprisonment of more than one year. On or about xxxxxx,xx,xxxx, a warrant for First Degree Murder was issued for Jones' arrest out of Anne Arundel County, Maryland (xxxxxxxxx). On or about xxxxx,xx,xxxx, a probation warrant was issued for Jones' arrest.

Investigators assigned to locate and arrest Jones on the above-mentioned warrants gathered information that Jones may be staying at an apartment at xxxx xxx xxxxxx xxxxxxxxx, xxxxxxxxxxxx xxx  Investigators also learned that Jones had been observed driving a unique 2019 Honda Accord that had distinctive wheels and Honda logos. The Honda had been reported stolen to the Prince George's County Police Department. While conducting surveillance, investigators observed the Honda parked in front of xxxxxxx xxx xx xxxxx on multiple occasions.

On or about xxxxx,xx,xxxx, at approximately xx:xx xx., members of the Capital Regional Fugitive Task Force ("CARTF") responded to xxxx xxx xxxxxx xxxxxxxxx, xxxxxxxxxxxx xxx  to locate and arrest Jones on the two outstanding arrest warrants. The above-described Honda was parked in front of the building. CARTF members were dressed in casual clothing but wearing external law enforcement vests with "Police" and/or "U.S. Marshals" on both the front and back. CARTF members loudly knocked on the door to the apartment, announced the presence of police, and ordered the occupants to open the door. This was done multiple times. After a period of time with no response, CARTF members breached the apartment door, and additional commands were given. Jones reported to the door as ordered and was placed under arrest on the outstanding warrants without incident.

CARTF members then entered the apartment to ensure that no other individuals were inside and observed, in plain view on the living room couch, a Glock 30, .45 caliber firearm, bearing serial number WUW014, loaded with one round in the chamber and 17 rounds in the magazine. *See* Figures 1-3.



*Figures 1 and 2: Front door of Apartment 11 on left; Firearm circled in red*



*Figure 3: Close-up of firearm on couch*

No other individuals were in the apartment.

Jones was searched incident to arrest and found to be in possession of a house key and a vehicle key fob. When the lock button on the key fob was pressed, the lights on the above-described Honda blinked. Additionally, CARTF members determined that the house key belonged to the bottom lock of the apartment door.

Law enforcement held the location while a D.C. Superior Court search warrant (xxxx xxxxxxxxxxxxxx) was issued for xxxx xxx xxxxxx xxxxxxxxx, xxxxxxxxxxxx xxx  . During the execution of that warrant, law enforcement discovered a second firearm, a Micro Draco, 7.62 caliber, with no serial number, loaded with one round in the chamber and 43 rounds in the magazine, underneath the same couch-cushion in the living room on which the handgun was found. *See* Figure 4.



*Figure 4*

Inside the bedroom, law enforcement found and recovered a rifle magazine loaded with approximately 25 rounds from on top of a table. Also recovered from that same table was a Maryland Division of Corrections Identification Card in the name of Roscoe Jones. Mail matter

was recovered in the apartment in the name of an individual law enforcement knows to be Jones' mother. A leaseholder of the apartment was determined to be Male 1, an apparent relative of Jones.

No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearms and ammunition traveled in and affected interstate commerce.

Respectfully Submitted

_____
Detective James Phillips,
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 02, 2025.

_____
HONORABLE ZIA M FARUQUI
UNITED STATES MAGISTRAE JUDGE